LILLIAN I. PURCELL, as Administratrix, etc., of JOHN A. PURCELL, Deceased, Respondent, v. FREDERICK W. VAN COTT, Appellant.— Judgment

and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict finding the decedent free from contributory negligence is contrary to the evidence. Stapleton, Rich and Blackmar, JJ., concurred; Jenks, P. J., and Thomas, J., voted to reverse the judgment and dismiss the complaint on the ground that as matter of law the decedent was guilty of negligence that contributed to his death.